UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60786-CIV-ALTONAGA/Turnoff

**JOHN MORRELL & CO.**,

    Plaintiff,

vs.

**PELICANOS TOURS, S.A. de C.V.**,
**ROYAL CARIBBEAN CRUISES LTD.**,
**JB RENTALS** and **TANIA LYNN TWITO**,

    Defendants.
_____/

## ORDER

Plaintiff, John Morrell & Co., filed this case on June 2, 2006. This cause now comes before the Court upon Plaintiff, John Morrell & Co.'s **Fifth** Motion for Enlargement of Time Within Which to Serve Initial Process [D.E. 66], filed on June 28, 2007. The Court has granted four previous motions for extensions of time to serve initial process upon Defendant, Pelicanos Tours, S.A. de C.V. ("Pelicanos"). On May 29, 2007, the Court granted Plaintiff's fourth motion for an extension of time, required Plaintiff to serve Pelicanos by June 29, 2007, and advised in the Order that no further extensions would be granted.

The date by which Plaintiff was required to serve Pelicanos has passed, and Plaintiff has not provided any justification for the Court to reconsider its May 29, 2007 Order and grant yet another extension of time to serve Pelicanos. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion **[D.E. 66]** is **DENIED**. Plaintiff's claims against Defendant, Pelicanos Tours, S.A. de C.V., are **DISMISSED** without prejudice.

Case No. 06-60786-CIV-ALTONAGA/Turnoff

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of June, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Magistrate Judge William C. Turnoff
counsel of record